" *GREETINGS (AND) RESPECTFULLY* "

FRI-AUG.25.2023, 4:25PM

RECEIVED
SDNY PRO SE OFFICE
2023 AUG 25  PM 4:58

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

IN THE REMINDERS OF IN THE *INTERNATIONAL* COURTS MATTERS OF THE:

" ☐☐IGPP U·S·A·INC·O☐ " (AND/OR/AS)   AL/ALi MOSHIR (AL MOSHIR)

---

Write the full name of each plaintiff.

_____CV_____
(Include case number if one has been assigned)

-against-

THE: RELATED, INVOLVING AS PERPETRATORS OF AS MENTIONED,
ADDRESSE THROUGH THE: TWO(2)☐☐IGPP U·S·A·INC·O☐ "'s (ETC...)
CORRESPONDINGS OF DATED: FRI-AUG.25.2023, 6:00AM (AND)-
MON-AUG.21.2023, 10:55AM + NYC MAYOR (MR. ERIC L ADAMS) +NYC MAYOR'S (SAID:
ADMINISTRATIONS + NYC + NYS + U·S·A· + ANY (AND) ALL OTHER ENTITY(S)
OF SHOULD BE AT, ANY/THE, LATER TIME(S) [AND/OR/AS] POINT(S) OF BEYOND)

**COMPLAINT**

Do you want a jury trial?
☐ Yes   ☐ No

Write the full name of each defendant. If you need more
space, please write "see attached" in the space above and
attach an additional sheet of paper with the full list of
names. The names listed above must be identical to those
contained in Section II.

THE' FILINGS OF THESE ONES OF
THE ABOVE DATEDS OF THE: -
FRI-AUG.25.2023, 4:25PM

ATTACHED : FIND/ARE TO BE (FOUND) (FUND): TWO(2) CORRESPONDINGS OF THE
DATED ONES OF: MON-AUG.21.2023, 10:55AM + FRI-AUG.25.2023, 6:00AM

---

### NOTICE

The public can access electronic court files. For privacy and security reasons, papers filed
with the court should therefore *not* contain: an individual's full social security number or full
birth date; the full name of a person known to be a minor; or a complete financial account
number. A filing may include *only*: the last four digits of a social security number; the year of
an individual's birth; a minor's initials; and the last four digits of a financial account number.
See Federal Rule of Civil Procedure 5.2.

Rev. 1/9/17

PAGE 1
OF 9 (OF; -)
INCLUDING THE TWO(2) PAGES
OF THE: FOURT FEES WAVER APLIC...

## I.   BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

☐   **Federal Question**

☐   **Diversity of Citizenship**

*REFER TO THE PREVIOUS SUC of ONES OF THE ENTITIES OF THE: "☐☐ IGPP U.S.A. INC. ☐☐"('S) [AND/OR/AS] AL MOSHIR('S).*

### A.   If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?

_____

_____

_____

_____

### B.   If you checked Diversity of Citizenship

#### 1.   Citizenship of the parties

Of what State is each party a citizen?

The plaintiff , _____ , is a citizen of the State of
                     (Plaintiff's name)

_____
(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

*FOR THE INSERTINGS OF ONTO → THE STATEMENTS THIS PAGE, REFER TO → OF THESE 9 PAGES OF AS ON PAGE (2 OF 9) → (THE PRO SE INTAKE OFFICE IS ABOUT TO: CLOSE )*

If the defendant is an individual:

The defendant, _____, is a citizen of the State of

               (Defendant's name)

_____

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____ .

If the defendant is a corporation:

The defendant, _____, is incorporated under the laws of

the State of _____

and has its principal place of business in the State of _____

or is incorporated under the laws of (foreign state) _____

and has its principal place of business in _____ .

If more than one defendant is named in the complaint, attach additional pages providing information for each additional defendant.

## II.  PARTIES

### A.  Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

_____

First Name               Middle Initial       Last Name

_____

Street Address

_____

County, City                     State            Zip Code

_____

Telephone Number           Email Address (if available)

Page 3

## B.  Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1:

_____
First Name                    Last Name

_____
Current Job Title (or other identifying information)

_____
Current Work Address (or other address where defendant may be served)

_____
County, City                  State              Zip Code

Defendant 2:

_____
First Name                    Last Name

_____
Current Job Title (or other identifying information)

_____
Current Work Address (or other address where defendant may be served)

_____
County, City                  State              Zip Code

Defendant 3:

_____
First Name                    Last Name

_____
Current Job Title (or other identifying information)

_____
Current Work Address (or other address where defendant may be served)

_____
County, City                  State              Zip Code

**Defendant 4:**

First Name                    Last Name

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

County, City                  State            Zip Code

## III. STATEMENT OF CLAIM

Place(s) of occurrence: _SEE THE: ATTACHING/ATTACHED TWO (2)_
_REFER TO_
_CORRESPONDINGS, FILINGS._

Date(s) of occurrence: _TO IGPP U.S.A. INC. OO'''s_
_[AND/OR/AS]_
_AL MOSHIR'S → OF THE_

**FACTS:**

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

_SAID (EARLIER/PRIOR TO THIS PAGE)_
_DATED ONES OF_

_THE: MON-AUG.21.2023, 10:55 AM_
_+_
_FRI-AUG.25(25).2023, 6:00 AM_

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

REFER TO/SEE, THE STATEMENTS OF AS ON THE PREVIOUS PAGE (PAGE 5 OF 9) OF THESE SAID NINE (9) PAGES OF FOR FORMS! + THE "MO IGPP U·S·A·INC·Oㅁ"'s (AND/OR/AS) IL MOSHIR'S STATEMENTS OF TO THIS SECTION THROUGH THE /OF THE /ON THE /OF AS ON THE: PREVIOUS FILINGS!

**IV. RELIEF**

State briefly what money damages or other relief you want the court to order.

ON THESE NINE (9) PAGES,
ANY HERE: BY, IN, THROUGH  NOT: STATED, MENTIONED, ADDRESSED, ETC... (INCLUDING: BY, THROUGH, IN; THE SAID: TWO (2) CORRESPONDINGS OF THE DATED AS: MON - AUG.21.2023 10:55 AM
+
FRI-AUG. 25.2023,6:00AM

SHALL: BE, TAKE PLACE, APPLIED, ETC...
WITHIN → 5 YEARS!
INCLUDING: REGARDING, CONCERNING THE ATTACHED) 2 PAGES OF COURT FEES WAIVER PAGES OF IN; FORM (S).
INCLUDING→ NO TIME (PROSE INTAKE → CLOSINGS)!

## V. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

FRI-AUG.25.2023/5 1PM (4:51 PM)
IGPP U.S.A. INC.
MOSHIR, AL

| Dated | Plaintiff's Signature |
|---|---|
| MOSHIR | AL |
| First Name | Middle Initial | Last Name |

C/O MADAH, HONORABLE, CHIEF JUDGE. LAURA TAYLOR SWAINE
SUITE C-17/500 PEARL STREET

Street Address

| NEW YORK | NEW YORK | 10007 |
|---|---|---|
| County, City | State | Zip Code |

| Telephone Number | Email Address (if available) |
|---|---|

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:
☐ Yes   ☐ No

If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.

3). "GREETINGS (AND) RESPECTFULLY"

MON - AUG. 21. 2023, 10:55 AM

#① → PARDON ANY SHOULD BE SO FOR ANY, SHOULD : BE (AND) HAVE BEEN : APPEARANCE(s)
OF THESE
②→ WHILE, AS (AND/OR) SHOULD ; THE : TWO (2) —
CORRESPONDENCES /
CORRESPONDINGS
OF DATED ; FOR (AND)
"□O IGPP U.S.A. INC. O□"'s (AND/OR/AS) "AL MOSHIR" ('s)       AS : MON - AUG. 21. 2023
10:55 AM

CORRESPONDENCES / CORRESPONDINGS. COMPLAINT FORMS OF WITH (AND) —
OF THROUGH, THE : NEW YORK STATE (NYS) SOUTHERN DISTRICT (SD) UNITED STATES (
U.S.) DISTRICT COURT (DC) [NYS SD US COURT], 40 FOLEY SQUARE, NEW YORK,
NEW YORK, 10007, U.S.A. (OF, FOR, AS, TO, THROUGH, IN, WITHIN, AT, WITH, ETC...) : DATED
ONES OF THE : TUE — AUG. 01. 2023, 11:11 AM ⊕ SAT /SHABBAT_ AUG. 12. 2023, 7:59
DESPITES FOR AS THEY — PM
SAY. ADDRESS, NO "F/ETC." THAT : THEIR ORIGINAL ONES ARE THE COPIES /THER COPIES /
THE OR THEIR DUPLICATES OR IDENTICALS (THE /THEIR) THAT, WHICH (OF) ; SHALL.
WOULD ; BE : FOR, TO, INTO, ETC... OF THE (AND/OR /AS) THE RECEIPTS OF THE
ENTITIES OF INCLUDING THE : UNITED STATES ATTORNEY GENERAL (U.S. AG), ETC...
SO AS WHILE THEREFORE THER PHOTOCOPY ONES WOULD BE (AND/OR/AS) —
SHALL BE (AND/OR /AS) WOULD BE OF THE SAID, ADDRESSED U.S. DISTRICT
COURT (FOR, YET ; WHILE, BUT ; AS : THE PHOTOCOPIES → ORIGINALS [MISTATENLIES,
[BETWEEN ; 4:20PM (AND) 4:22PM → FRI — AUG. 18. 2023 → AT : PRO SE INTAKE OFFICE WINDOW]
THOUGH
IN RUSH, DISTRACTEDLIES, ETC... OF AS DUE TO) + HAVING BEEN : MADE (AND/OR /AS) —
) FORWARDED, ETC... OF AS INTO THE RECEIPTS, FILINGS, ETC... OF THE SAID,
ADDRESSED OF U.S. DISTRICT COURT OF WHILE YET AS [SO (AND) THEREFORE] AS —
THE PHOTOCOPIES (ARE TO /ARE TO HAVE BEEN TO /ARE STAYED TO) BEING (AND)
HAVING BEEN, OF ; FOR, WITH, INTO, THROUGH THE : RECEIPTS, ETC... OF THE :
SAID ATTORNEY GENERAL ('s), ETC...— ('s) "FIN ACCOMPAN(Y/IED) OF TO (AND) —
OF WITH THE, COPIES OF THE /PHOTOCOPIES OF THE, ABOVE STATED TWO (2) AND
AS (AND AS) ABOVE REFFERED TO OF AS IN THE TWO (2) SESSIONS, SETS, ETC...—
CORRESPONDENCES /CORRESPONDINGS, COMPLAINTS /COMPLAINT FORMS OF IN THE
"□O IGPP U.S.A. INC. O□" (AND/OR /AS) "AL MOSHIR /ALI MOSHIR"
OF THE, THROUGH THE, WITH THE, ETC...:
TUE — AUG. 01. 2023, 11:11 AM ⊕ SAT /SHABBAT_ AUG. 12. 2023, 7:59 PM
OF ; TO BE (AND) TO HAVE BEEN : FOUND AS ATTACHED TO, THE /THESE
SAID EACH (EACH) ENTITIES' CORRESPONDENCES /CORRESPONDINGS OF THE
DATED ; OF, AS, IN, ON, ETC...— : MON — AUG. 21. 2023, 10:55 AM OF AS ATTACHED /
ATTACHING (AS SHOULD BE AS ATTACHING TO THE ...

WITH ALSO "F, AS THE /AS; THROUGH) THE { (AND) / (PAGE)
AS THROUGH THE } - (3 OF 14)

ACKNOWLEDGEMENTS, NOTIFICATIONS, ADVISINGS/-

ADVISORIES, ETC... OF; TO: SHOULD THERE BE [AND/OR/AS}-

SHOULD THERE HAVING (AT ANY POINT) BEEN [AND/OR/AS] -

SHOULD THERE HAVE BEEN [OF, FOR, WITH, THROUGH, AS, WITHIN, ETC-}

ANY VIOLATION OF THE SUCH; ADDRESSED, DISCUSSED, KNOWN,

ESTABLISHED), SAID; CONCERNINGS, [(SO (AND) THEREFORE/THEREFOR

AS] → OF;

PROVIDINGS, FORWARDINGS CONCERNDS, PROVISIONS/
FORWARDEDS, ETC...)

WITH, FOR, AS, ESTABLISHED, IN, ETC...:

ONE (1) MILLION DOLLARS (DAILY)
+
THE RELATED CRIMINAL CHARGES

(OF/FOR; AS,ETC...);
AGAINST: THE SUCH MAYOR (OF THE ADDRESSED)

OF AS ALONG WITH THE /AS WELL AS THE

CONCERNINGS ADMINISTRATION MEMBERS
OF THE

SUCH CONCERNING MAYOR
OF; WITH (AND) THROUGH
THE; INTERNATIONAL COURTS OF;
CRIMINAL (S) [AND/+] JUSTICES

AS WELL AS THE; UNITED NATIONS: SECRETARY (+) MEMBERS OF !
WHILE, WITH, THROUGH: INCARCERATIONS FOR THE RESTITUTIONS OF (SHALL BE WORKED OUT-
FOR SETTLEMENT) OF; TO THE ANY: UNPAID SUCH DISCUSSED AMOUNT(S), ETC...!!

WHILE (AND) AS

OF ; WITH (AND) THROUGH, THE INTERNATIONAL :_

COURTS (AND/+) COMMUNITY (S)  [OR]  COMMUNITY (S) [AND/+] COURTS

OF IN RECEIPTS (AND) TO THE:
PERPETRATORS ETC ... AS : TO-        ALREADY
(AND) OF, THE: INCIDENTS, OF THE RECORDS (AND) DOCUMENTATIONS
FACTS, TRANSPIRATIONS,
ONGOINGS, ETC ...
OF ; WITH, BEGINNING WITH, THROUGH, AS, WITHIN, ETC ..., THE:

"□O INDEPENDENT AND GLOBALIST POLITICAL PARTY
          OF
(UNITED) STATES OF AMERICA INCORPORATED O□" *

        ("□O IGPP U.S.A. INC. O□") ""
                    !


# (4)→ IN (AND) WITH ; REGARDS/REGARDINGS, CONCERNS/CONCERNING,
                    REFERENCES/REFERRINGS
      OF TO THE : ARTICLE (# (2)) OF, THE/THESE, CORRESPONDENCES/-
CORRESPONDINGS OF THE "□O IGPP U.S.A. INC. O□" ('S) OF DATE() :-
MON-AUG. 21. 2023, 10:55AM  ARE THE : ADVISORIES (ADVISORIES)/-
ADVISINGS, ETC ... OF TO ANY (AND) ALL : CONCERNING (AND)OR/AS-
RELATING : PARTY'(S) [AND/OR/AS] ENTITY'(S) OF (AND) AS ; THAT ,
SO (AND) THEREFORE : HAVE TO BE REFERRED TO THE : NYS SD (SD NYS)-
U.S. COURT [WHILE (AND) AS, THE : ATTACHED) TWO (2) PAGES OF SERIALLY-
NUMBERED AS ONE (1) "AS FOR THE "□O IGPP U.S.A. INC. O□" ('S) :-
CORRESPONDEDS /FILEDS/CORRESPONDINGS/FILINGS OF AS ON ; FRI-
AUG. 18. 2023, 3:57 PM OF, AT, WITH, THROUGH ; THE : SD NYS U.S. DISTRICT (D) COURT
→ (NEXT PAGE)

"SO (AND) THEREFORE AS ARE AVAILABLE OF
ALONG WITH THEIR ATTACHMENTS
AT, WITH, THROUGH, ETC...; THE: SUCH SAID-

(PAGE 5 OF 14)

SOUTHERN DISTRICT OF NEW YORK STATE (UNITED) STATES-
DISTRICT COURT [(SD NYS US COURT/NYS SD USC)/(SD NYS USC,

[40 FOLEY SQUARE, NEW YORK, NEW YORK, 10007, U.S.A.]]

AS: SO (AND) THEREFORE (OF) FOR (AND/OR) TO, THE: OTHER THAN-
HEREIN: ATTACHED (AND/OR/AS) ATTACHED (INCLUDING) THE
SAID; TWO (2) PAGES OF SERIALLY NUMBERED AS ONE (1) /-
TWO (2) PAGES OF SERIALLY NUMBERED AS PAGE ONE (1)
OF YET AS ABOVE SAID AS ALONG WITH THEIR ATTACHMENTS
OF AS FOR (AND) AS TO; THE: REST OF THE ADDRESSED DATED
"□□ IGPP U.S.A. INC. □□"(s) CORRESPONDENCES/ OF THE TWO (2) OF, IN;-
CORRESPONDINGS
FOR THE DATED ONES OF AS WHILE FOR BESIDES, IN ADDITIONS
TO; ANY (AND/OR/AS) WHAT; WOULD NOT (AND/OR/AS) MAY NOT:
HEREIN, BE (AND/OR) HAVE BEEN: ACCOMPANIED, AVAILABLE,
ATTACHED, ETC... IN THE, SO (AND) THEREFORE; AS, OF (AND) WITH, ETC...;
TUE_AUG. 01. 2023, 11:11 AM [⊕/AND] SAT/SHABBAT_AUG.12.2023, 7:59 PM
AS (AND) FOR; ON: FRI_AUG.18.2023 (OF THE ABOVE STATED TWO(2)-
CORRESPONDENCES/CORRESPONDINGS, COMPLAINTS [OF DATES OF FOR (AND)A
ENDING WITH/ENDINGS OF WITH: 11:11 AM [⊕/AND] SAT/SHABBAT_AUG.12.2023,
OF AS "STAMPED" OF, FOR, AS: "RECEIVED" OF AS BY (AND) OF BY THROUGH
7:59 P
so AS ON; FRI_AUG.18.2023 AS SO STAMPED BY THE: SUCH, EARLIER/ABOVE
MENTIONED, ETC... COURT (AND + AS; THROUGH) THE: PROSE INTAKE OFFICE WINDOW
AT; 40 FOLEY SQUARE, NEW YORK, NEW YORK, 10007, U.S.A. SO WHILE AS "STAMPED"
FOR "RECEIVED" OF SO AS THROUGH; MR. BRETACO OF THE SUCH:-
SAID, ADDRESSED, ETC...: PRO SE INTAKE OFFICE WINDOW →

WHILE (AND) AS THE HEREIN (THROUGH THESE CONCERNING, ETC---

CORRESPONDINGS OF THE DATED AS: MON-AUG. 21. 2023, 10:55 AM)

REFERRED TO, DISCUSSED); TWO (2) PAGES OF SERIALLY NUMBERED

OF AS PAGE ONE (1) [SO; AS (AND) FOR: EACH ONE OF THE SUCH TWO (2) PAGES]

(WHILE SO) → AS; THE SUCH TWO (2) PAGES OF SERIALLY NUMBERED OF

PAGE ONE (1) AS FOR, AS TO; EACH OF THE SUCH

TWO (2) PAGES

YET SO AS WHILE THE SUCH TWO (2) PAGES OF, BY (AND) THROUGH

THE SAID: PRO SE INTAKE OFFICE WINDOW AND (AND) MR.-

BRETACO THE SUCH TWO (2) PAGES OF SERIALLY NUMBERED AS

PAGE ONE (1) [FOR EACH OF THE SUCH TWO (2) PAGES] AS THE SUCH

TWO (2) PAGES HAVE BEEN (UPON (AND/OR/AS) STAMPED AS: RECEIVED

OF BY (AND) THROUGH: MR. BRETACO

SO; PHOTOCOPIED / PHOTOCOPIES OF HAVING BEEN MAD, OF; BY (AND)-

THROUGH: MR. BRETACO [WHILE, BUT, AS: THE SUCH TWO (2) PAGES

CARRIED / HAVE CARRIED (MORE STATEMENTS / AS HAVING BEEN LEGAL SIZES-

FOR SO AS BELIEVED, ETC---) SHEETS OF PAPER DOCUMENTS)

BUT, THOUGH, WHICH, AS: MR. BRETACO HAS / HAVING PHOTOCOPIED THE

LEGAL SIZE PAPER DOCUMENT SHEETS ONTO THE: LETTER SIZE-

PAPER SHEETS [WHICH IS WHY (AND) THEREFORE: AS SOME STATEMENTS, HAVE BEEN-

ARE; MISSING FROM THE SUCH SAID DOCUMENTS [OF TWO (2) PAGES] IN THE

PHOTOCOPIES [OF; FOR (AND) AS: MISSED, OMITTED, ETC---]

THOUGH AS VERBALLY ADDRESSED THROUGH THE SOCIAL MEDIA THERE IS

NO: COMPLAINT(S) AGAINST THE SUCH INVOLVING, ETC...; MR. BRETACO [-

DESPITES OF (INCLUDING HERE AS; TIMES, TALENTS, ENERGIES HAVING BEEN:...

INCLUDING OF THROUGH HAVING HAD TO ADDRESS SUCH MATTERS]

HOWEVER AS ALSO ADDRESSED THROUGH THE SOCIAL MEDIA,

THAT; AS: NO COMPLAINT(S) IN SUCH REGARDS, UNLESS

THE:

→ NEXT PAGE

ENTITIES OF "□O IGPP U.S.A. INC. O□" (-
AND/OR/AS)

ENTITIES OF

"AL MOSHIR ( A.K.A. ALI MOSHIR AS YET MAY BE OF THE/-
ANY; DOCUMENT(S)
[AND/OR] → [AND/OR/AS]

FOR ANY OTHER YET: REASON(S),
PURPOSE(S),
ETC...

SHOULD THE/THE STATEMENT, ETC... OF.
AL
ALI MOSHIR

(ALI, MOSHIR)

BE (AND/OR/AS) HAVING BEEN
ACCOMPANIED/ALONG WITH, ETC...
OF, TO; THOSE OF: AL MOSHIR('S)

THIS ARTICLE AS BELONGS TO; PAGE 14, SO IS
# (10) FROM; PAGE: 10 → 14)
AND, TO;
AS (AND) CONCERNINGS, ETC...;

OF, FOR, TO, INTO, WITH THE; PRIVATE:-
SECTOR('S) + PART('S) → AS, WHILE; -
STATED, ADDRESSED, ETC... THAT, AS
(WHILE DURING "AL MOSHIR"('S) OF THROUGH
THE: ROCKAWAY TERRACE) HAS/HAVE BEEN
THERE WOULD BE A/THE BILL (AND/OR-
AS) CLAIM(S), ETC... OF AS FOR ETC... (OR CHARGED, ETC...
(AND) AS PER, AS ON BASIS, ETC... OF THE
DAILY RATE, FOR; THE: PRICE(S), ETC... OF
OF: HAVING BEEN (BEING/HAVING HAD BEEN;
OF, THROUGH, WITH, AT, IN; THE: SOCIAL MEDIA!
WHICH, THAT; AS: IS, ARE/WOULD BE/HAVE BEEN
OF BESIDES THE CLAIMS OF: REGARDING, CONCERNING
THE; EACH/EVERY INCIDENT (AND/+) BESIDES THE CLAIMS OF: REGARDING, CONCERNING-
THE: PLACEMENT/HAVING BEEN PLACED, INTO THE; SOCIAL MEDIA!

SO AS UNLESS SHOULD ANY ONE ENTITIES (ANY ONE ENTITIES (ER/AND) ANY-
ENTITY(S)/DRIVATIVE(S)/EXTENSION(S) OF ANY SUCH ONE ENTITIES
ETC... EACH

OF; "□O IGPP U.S.A. INC. O□"('S) (AND/OR/AS) "AL MOSHIR('S)/ALI MOSHIR('S)
AS BEEN → BE (AND/OR/AS) HAVING BEEN; AFFECTED OF BY ANY LOSS OF-
ANY INTEREST, (DUE TO/FOR DUE TO/AS A (OR/AS) THE RESULT(S)]
RIGHT,
ETC...
OF ANY RISING(S) OF; THROUGH, DUE TO
THE; SUCH MATTERS! IN; DISCREPENCIES,
ETC..., ETC...!!

YET ; WHILE (AND) AS (AND) FOR [SPECIFICALLY(s),
SPECIALLY(s), ESPECIALLY(s), ETC...]
WHEN IT COMES, INVOLVES, ETC... THE/ANY EACH ONE ENTITIES.
/ONCE/
/AS

OF EITHER " ☐O IGPP U.S.A. INC. O☐" (is) [AND/+] "AL MOSHIR" (is)
[AND/OR] ANY ASSOCIAT(E/ES/ION/IONS] OF WITH (AND/OR/AS)
THROUGH, ANY OF SUCH TWO [OF (EACH ENTITIES)]
AS IT WOULD DIRECTLIES; INTERFERE WITH, CAUSE LOSS [OR] ETC...
COULD
OF THE ; INTERESTS, BENEFITS, RIGHTS, ETC... OF THE ; PUBLIC(S)
FOR (AND) AS, DUE TO THE NATURE(S) OF, THE/THEIR/OUR ;
CONCERNINGS (AND ⊕ THEREFORE :)
OF THE ; RRACTICES, APPLICATIONS, INVOLVEMENTS, STANDINGS, ETC...!
THOUGH SUCH AS IS WELL THE CIRCUMSTANCE(S) [AND/OR/AS]
STATED TWO (2) OF EACH ONE ENTITIES, ETC...,
CASE(S), ETC... AS INVOLVING ANY ; ONE(S)/ENTITY(S) [AND/OR/AS]
O'HER(S) !! FOR, IN, THROUGH : A /THE ; MATTER(S) OF : RIPPLE
EFFECTS (AND/OR/AS) CHAIN REACTIONS !!! AND UNFORTUNATELIES
AS THEREFORE (AND) THEREON... AS WOULD BE !! !!
EVEN (AND) FURTHER ; THOUGH, SO AS COULD BE AS INCLUDING
WOULD BE
CHAIN REACTIONS, RIPPLE EFFECTS SO AS YET AS COULD BE/WOULD BE
AS WELL IN SUCH GROUNDS, ETC... OF FOR AS BESIDES (AND) BEYOND)
ONLY THE : RIPPLE EFFECTS (AND) CHAIN REACTIONS [THEREFORE
OF YET AS ; ETC...].

PAGE
8 OF 14

#(5)→ THE /THESE / SUCH ONES OF THE _

PAGE
9 OF 14

"□O IGPP U.S.A. INC.O□"'S (OF, AS) [N DATE] _

OF FOR: MON. AUG. 21. 2023, 10:55AM  HEREIN YET ARE BEING

OF AS FOR: [REMINDED] AS OF PREVIOUSLY/IS HAVING BEEN _

ADDRESSED FOR OF AS; ANY (+/AND) ALL; OF; "□O IGPP U.S.A. INC.O□";

CORRESPONDENCES [OF: IN PRINT(S) /WHILE IN PRINT(S)AS VERBAL FOR(-

AND) OF VERBAL [OR] IN VERBAL AS PRINT(S)] →UNLESS: STATED, -

ADDRESSED, ETC... OF FORM(S) (OF FOR [AS]) [OR] OF AS FOR (ANY -

AS OTHERWISE [OR] ANY OF AS OTHERWISE); SO (AND) THEREFORE: ] IS/ARE/-

WOULD BE /WOULD HAVE BEEN; OF, FOR, IN, TO, WITH (AND SO IN, FOR, ETC.

EFFECTS, PURPOSES, SERVICES) THE: PUBLIC RECORDS, PUBLIC INFORMATION
THROUGH, AS (
ETC... AS (

[PUBLIC RECORDS, PUBLIC INFORMATION(S)]ETC...

OF SO FOR AS BEGINNING WITH THE DATE (AND) TIME OF THE RELATED

OF AS INTO SUCH: CONFIRMATIONS, STATEMENTS, ADDRESSINGS, ETC...

AND SO FOR ANY (ONE(S)) OF THE "□O IGPP U.S.A. INC.O□"'S OF(AND)-
OF THE SAME THOSE

FOR, THROUGH: "AL-MOSHIR "OF THE "□O IGPP U.S.A. INC.O□"'S OF(AND)-

OF FOR PRIOR TO THE DISCLOSING(S) / DISCLOSURE(S); OF, FOR, IN; THE;-

TITLE OF THE: "□O IGPP U.S.A. INC.O□" SO AS WOULD HAVE; TO BE(-
"□O IGPP U.S.
AND) TO HAVE BEEN; OF, WITH, THROUGH, AS, ETC... THE; CONFIRMATIONS,-
A. INC.O□"
(AND/OR)

APPROVALS, CONSENTS, ETC...; OF THE, THROUGH THE, ETC...: OCPD/CPCPD/-

[OPD/COPP/OCPP]→ OPDC (OWNER, PRESIDENT, DIRECTOR, CHIEF EXECUTIVE OFFICER)

[WHILE THROUGH: GPO(GENERAL POWER OF ATTORNEY)] → ALSO AS PREVIOUSLY(OF-

WITHIN THE PAST FEW, MONTHS) HAVING BEEN: STATED, ADDRESSED, ETC...→

OF, FOR, IN REGARDS TO, CONCERNINGS OR IN CONCERNINGS;
THE: OPDC TERM [ALONG WITH, AS WELL AS; THE: SO(AND) SUCH-
OF: POSITION(S), ETC--- OF, FOR, THROUGH; THE: POWER OF ATTORNEY(IN:-
GENERAL)/GPOA (GENERAL POWER OF ATTORNEY)] SO(AND) SO/SO ASSO;
AS WOULD HAVE; TO BE(AND) TO HAVE BEEN; OF, WITH, THROUGH, AS,
ETC--- THE; CONFIRMATIONS, APPROVALS, CONSENTS, ETC---; OF THE,-
THROUGH THE, ETC---: OPDC POSITION(S) OF THE ENTITIES OF "-
AL MOSHIR/ALI MOSHIR [AS OF YET OF THE DOCUMENT WHILE SHOULD IT FURTHER-
BE(AND) HAVE BEEN (IN FUTURE, AS FUTURE) AS(AS) BEYOND THE DOCUMENT(S)
OF ANY; FOR, OF, AS: AL MOSHIR { INTO THE EFFECTS, OF ALI MOSHIR (OF; WHILE, AS)-
ALI MOSHIR INTO THE EFFECTS, ETC--- OF AL MOSHIR ] -
OF THEREFORE OF: BY NOW/AS NOW/AS BY NOW, AS(AND) WHILE: PERSISTED,-
ETC--- {INCLUDING: ANY (AND) ALL {IN, ETC---: CONDPMACIOS, ETC--- } OF FOR DUE TO WHICH, NOT; HAVING BEEN,-
HAVING BECOME; POSSIBLE FOR; AL MOSHIR/ALI MOSHIR/ALI MOSHIR/AL MOSHIR OR-
ALI MOSHIR/AL MOSHIR/ALI MOSHIR, TO HAVE ATTENDED; BACK TO
THE PROCESS, WITH CONCERNING OR BACK FOLLOWING UP WITH THE-
CONCERNING TO THE PROCESS, ETC--- OF THE SHORTENING (ON, IN, FOR,-
THROUGH: DOCUMENTS) THE NAME (OF, IN) "ALI MOSHIR" (OF, FOR/O/-
OF FOR, OF TO) "AL MOSHIR" (+/YET; INCLUDING): → THE SUCH-
PROCESS NOT HAVING BEEN ATTENDED TO, {DESPITES OF THE; LEGAL PROCE)URE(S)
ETC--- OF APPLIED; OF, BY, THROUGH; THE; ENTITIES OF THE; LEGAL PROCE)URE(S)
AL MOSHIR ENTITIES; OF, FOR; DURING THE RELATED PERIOD OF THE-
SUCH SAID ENTITIES'(AL MOSHIRS) OF, WITH, THROUGH/OF THROUGH OF THE-
AND/OR/AS) STAY(ED/ING/ED), PHYSICAL(LY) PRESENCES (ETC---), ETC--- (-
THE/OF THE/WITH THE FAIR →: CONEY ISLAND HOSPITAL, OF; THE: KNOWN-
ADDRESSED, RECORDS(AND) DOCUMENTATIONS (OF YET) SO AS-
INCLUDING; THE, THROUGH THE, WITH THE: →

STAYEDS/STAYINGS, ADDRESSEDS, KNOWNS, RECORDS (AND) DOCUMENTATIONS OF THE ⊕ OF THROUGH THE: NYS SD USC/NYS SD USDC (- NEW YORK STATE SOUTHERN DISTRICT UNITED STATES COURT / NEW YORK STATE SOUTHERN DISTRICT UNITED STATES DISTRICT COURT) - OF THE,: COPIES OF WHICH DOCUMENTS, CONSPIRED LIES, ETC— OF - IN THE : CRIMINALLIES, UNLAWFULLES, ETC—: CONFISCATED ON: SUN - JUL. 09. 2023 AS ADDRESSED THROUGH U.S. COURT OF THE CASE #: 23 CV 6242 HAVING BEEN ISSUED TO! DATED MON-JAN.09.2023,12:27PM CORRESPONDEDS/CORRESPONDINGS/ - CORRESPONDEDS, COMPLAINTS OF THE ⊕ OF THROUGH THE ⊕ IN THE: "" ENTITIES OF; "□O IGPP. U.S.A. INC. O□ "" ('S) OF SO AS THE -

THE: "□O IGPP. INC. O□ "'S CORRESPONDENCES OF DATED: MON-JUL.10.2023,12:27PM

SUCH PROCESS [ OF THE NAME SHORTENING, ETC— OF; "ALI MOSHIR" OF FOR, OF TO, OF WITH, OF THROUGH, OF AS, OF IN: "AL MOSHIR"

THEREFORE (AND/OR) FOR, AS NOT HAVING [BEEN ATTENDED] TO (OF, FOR) - INTO; ITS; COMPLETIONS, FRUITIONS, ETC— (AT, OF, THROUGH, WITH, FOR) - THE: CONEY ISLAND HOSPITAL (BROOKLYN, NEW YORK CITY, NEW YORK STATE, - (ON: OCEAN PARKWAY) (KINGS COUNTY) (BROOKLY COUNTY) [ BROOKLYN (BOROUGH/COUNTY), NEW YORK CITY, NEW YORK STATE, POSTAL ZIP CODE, U.S.A. POSTAL ZIP CODE, U.S.A. ,-

OF INTO THE, FOR INTO THE, OF THE, FOR THE; SUCH, SAID, ADDRESSED, DISCUSSED; CONCERNING; - NAME: SHORTENING, ETC— !!

WHILE (AND) AS :

THE/THESE/SUCH ONES OF THE "□O IGPP U.S.A. INC. O□ "'S (OF, AS) IN DATED - OF FOR : MON-AUG. 21. 2023, 10:55 AM HAVE BEEN (THROUGH: SOCIAL MEDIA) [AND/+] AS: MAY BE (AND/OR/AS) SHALL BE HAVE HAPPENED TO BE SHARED), ETC— OF; WITH (AND) TO, ANY OTHER SOY WITH OF FOR TO AUTHORIZATIONS, CONFIRMATIONS, CONSENTS ETC— OF THE;

"" ENTITIES OF: "□O IGPP U.S.A. INC.O□" ('S)

[ BY, WITH, OF, FOR, THROUGH, AS, WITHIN, ETC... ]

"OPDC. AL MOSHIR

OF, FOR / FOUNDER: OF, FOR { THE: OPDC (FOR, IN, THROUGH, WITH, AS, ETC...)
LAW(S) [AND/OR] -ANY: PART(S),-
CATEGORY(S), ETC...; OF THE LAW(S)
OF, FOR, AS, IN, ETC...
RELATION(S), RESPET(S)/RESPECTIVE(S)
OF, WITH, TO, THE: STANDINGS, ETC... OF-

THE: ADDRESSED, STATED
LAW(S); OF/ FOR, WITH, TO, THROUGH: "OPDC"
(AND/OR]
[ ANY: PART(S), ETC... OF THE LAWS ]

AS WELL AS THOSE OF ⊕ AS WELL AS REGARDING, THE: TERM (OF, IN, FOR, ETC...).

"OPDC"

YET WHILE [ INITIALLY (AS FOR PRIOR TO THE SAID OF THE: "OPDC"]

SO YET WHILE; OF, FOR / FOUNDER: OF, FOR

THE [OR] THE ENTITIES OF THE:

"□O IGPP U.S.A. INC.O□"

SO; AS: MAY BE (AND/OR) AS;) SHALL BE: SHARED, ETC... -
OF; WITH (AND) TO, ANY OTHER ENTITY(S); SO, FOR, OF, THROUGH,
WITH, AS, IN, ETC...; DESCRETION(S) OF THE SUCH SAID: OPDC (S) [AND/OR/AS]-

"□O IGPP U.S.A. INC.O□" ('S) ! .

# (6)

ANY NECESSARY (AS, DEEMED); OF, BY, THROUGH THE: "□O IGPP U.S.A. INC.O□"('s)

ATTACHMENTS

# (7)

AS THE ONGOING VEHICLES SIDELINED BY THE: GREEN ACRES MALL

IT HAS BEEN; STATED (AND,)- ADDRESSED (WITHIN THE PAST MONTH( VERBALLY, THROUGH THE SOCIAL MEDIA AS, THAT; THE ENTITIES OF: "AL MOSHIR" HAS PREMATURELY BEEN IMPOSED ON TO, BE (AND) HAVE BEEN EXPOSED, ETC...

WHILE, OF, AS; SUCH AS; PREVIOUSLY(s) HAVING- FOR, THE/ANY INVOLVINGS OF "□O IGPP U.S.A.INC.O□" AND "AL MOSHIR" IN, FOR: ATTACHMENT(S)

BEEN: SAID, STATED, ADDRESSED, DISCUSSED, ETC ----- WE) - AUG. 23, 2023, 11:36 AM

IGPP U.S.A. INC. MOSHIR, AV

SO, AS: ANY NECESSARY ATTACHMENT(S)

THESE; HEREIN, HERE-THROUGH, HEREBY CONCERNINGS, ETC...: CORRESPONDENCES/CORRESPONDINGS SHALL THEREFORE BE MADE; OF, TO, FOR, WITHIN,

THROUGH, WITH, AS (AS), ETC... THE/THESE/SUCH; CONCERNINGS, ETC...: CORRESPONDENCES/CORRESPONDINGS OF THE DATED MON- AUG. 21. 2023, 10:55 AM OF (AND) WHILE (AND) AS; WITHOUT ANY: HEZITATION/HESITATION, OF, FOR, IN, TO, THROUGH, AS, ETC... ANY (OF, FOR, IN, AS) MISSED (OF, FOR, IN, TO, THROUGH, AS, ETC...) STATMENT(S) OF; IN: RELATIONS, RESPECTS, ASPECTS, ETC...



PAGE 14 OF 14

#8→ THESE "☐○ IGPP U.S.A. INC.○☐"'s (OF,IN,AS) DATED: MON-AUG.21,2023, 10:55AM

SHALL BE OF (THROUGH / THROUGH THEIR:) PHOTOCOPY(s)

FOR, INTO

#10 IS FOUND ON: PAGE 7

THE: NYS SD USDC [[SHOULD), THERE; BE (AND/OR/AS) HAVING BEEN ANY; EXTENUAL(ED/ING) CIRCUMSTANCE(s) OF, FOR, IN: OCCUR(ED/ANCE(s))

AS, THROUGH, WITH: FILED)

ETC...

#9→ IT; WAS/HAS BEEN: STATED, ADDRESSED, SAID THROUGH, PRINTED) CORRESPONDED (IN: UNITED STATES OF-CANADA (OF: BEFORE/PRIOR TO: GETTING BACK HOME; TO ITSELF → THE STATES; TO: NEW YORK; AS, THAT; THOSE; OF THE:-SECRET SERVICE(s); PROVISIONS, INVOLVEMENTS, ETC... (THOUGH (AND) WHILE OF ALL (AND) ONE;-BEAUTIFUL+WONDERFUL AROUNDS ALWAYS

WHILE, BUT, AND)

THROUGH/THROUGH THEIR: ORIGINAL(s)→AS; FOR, INTO; THE:-AT LEAST ONE(1) ENTITY OF AS ANY NUMBER(s) OF (SHOULD-

THERE BE BEYOND JUST ONE(1) ENTITY FOR: ENTITIES IN SECTORS, AS: PUBLIC(s) (AND) PRIVATE(s)

OF SO AS OTHER THAN THE SAID, ADDRESSED; NYS SD USDC

DOMESTIC(AL)LY(s) OF THE: COUNTRY/STATES/U.S.A. CROSS BORDERLY(s) OR-INTERNATIONALLY(s) OF-(OF (WITH (AS INTENDED-TO HAVE BEEN) THE: PHOTOCOPY(s)

AS; THEREFORE AS; TO, OF, WITH, FOR; ANY NUMBER(s) OF[SHOULD THERE BE BEYOND JUST ONE(1) ENTITY, OF IN SECTORS; AS: PUBLIC(s) [AND] PRIVATE(s) OF, AS:-DOMESTIC (AL)LY(s) OF THE: COUNTRY/STATES/U.S.A. [+] CROSS BORDERLY(s) [OR]-INTERNATIONALLY(s) OF THE: STATES/COUNTRY-/U.S.A.!

WELL WISHINGS RESPECTS, REGARDS... BESTS.

WED-AUG.23.2023, 5:09PM IGPP U.S.A. INC. MOSHIR, A\

(+)→

THU-AUG.24.2023, 17:28PM IGPP U.S.A. INC. MOSHIR, A\

PAGE 1 OF 6

"GREETINGS (AND) RESPECTFULLY"

FRI-AUG.25.2023, 6:00 AM

(1)→ AS THESE CORRESPOND WAS ARE THE: INCLUDINGS, ATTACHMENTS, etc... OF TO ANY + ALL (INCLUDING/+)
THE ATTACH(EDING)/14 PAGES OF DATED)+.

# (1)→ HERE ARE: FACTS(+/AND/AS) FACTS (IN REFERENCES TO) OF AS-
→ THEY/HAVE YET BEEN INCIDENTS (OF THROUGH THE INCIDENT) OF, THROUGH
THERE
AS

TAKEN PLACE (OF THROUGH TAKEN PLACE) [THU-AUG.24.2023, BETWEEN;
AS:WHILE: [UPDATED-ADDRESSES OF THROUGH OFFICERS/ZEST FROM: ] BILLION OF THROUGH 8:22PM (AND)-
IN THE CLAIMS, etc... (OF THE MONETARY DAMAGES PART(s) OF → 10 (TEN) BILLION 4 UNITED STATES OF AMERICA. 8:40PM
RATHER THAN ALIENS (INCLUDING/OF) AMERICAN: BORNS (AND) SEMI-BORNS (OF ANY) N (No) DOLLARS

# (2)→ THEREFORE YET ARE THESE ONES OF THE: "☐ DIGPP U.S.A. INC.☐☐ ONES
(AND/OR/AS)
- "AL MOSHIR(s)"(s) OF THE -
- ☐DIGPP U.S.A.INC.☐☐ "(s)

OF THE; ABOVE DATED) OF, etc...
WITH,
THROUGH,
AS,
WITHIN,
AT,
etc...

FRI-AUG.25.2023, 6:00AM OF, etc... ; THE/THROUGH THE; INCLU) (s)
[AND/+] INVOLVING(s) OF, etc ... THE: COURTS/N.Y.S.-USDC→
NEW YORK STATE SOUTHERN DISTRICT UNITED STATES COURT/
INTERNATIONAL COURTS OF THE JUSTICES (AND) CRIMINALS
SO (SO) THEREFORE YET ARE THESE; HERE: BY, IN, THROUGH ONES
OF THE; INTO THE, WITH THE, etc... GLOBAL JUSTICES SYSTEM(s)/-
GLOBAL JUSTICES DEPARTMENTS/GLOBAL JUSTICES OPERATIONS
OF, FOR, THROUGH, WITH, etc...; PRACTICES, DEDICATIONS, PROFESSIONS,
OPERATIONS, etc...

THESE OF THE: "☐ DIGPP U.S.A.INC.☐☐"(s) [AND/AS/+] -
TO: BE FOUND (AND) "AL MOSHIR(s) OF THE "☐DIGPP U.S.A.INC.☐☐ "(s)
YET ARE THESE SAID ONES (WHILE ALONG WITH THEIR ATTACHMENTS (ALSO -
TO: BE FOUND (AND) HAVE BEEN FOUND OF; WHILE; SO (AND) THEREFORE
FOR THE ITEMS OF THE (ATTACHES) OF THE): (I)→ A ROUGH NOTE {ON THE BACK OF THE}
IS: A) THE: FEDEX (335 BROADWAY, NEW YORK, NEW YORK, 10013, U.S.A.) RECEIPT-
OR [FEDEX RECEIPT OF DATED; 8/24/2023  18106 [THU-AUG.24.2023, 6:06PM](s)]-
AS A ROUGH NOTE ON THE BACK OF A/THE; FEDEX RECEIPT OF THE SAID(s)

AS FOR THE SUCH ROUGH NOTE OF AS FOR THE REFERENCES {TO BE FOLLOWED -
C/P WITH OF THE COURTS OF WITH (AND) THROUGH THE PREVIOUSLY(s) (RECALL
WITHIN THE PAST MONTH, THE SUCH ADDRESSED OF FIVE (S) YEARS, OF THEREOF AS OF ASSO-
HAVING BEEN ADDRESSED OF INJECT..... ROUGH NOTE OF AS TO THE INCIDENTS {
AS THE SUCH REFERENCES OF TRANSPIRED, OCCURRED, etc ...) OF AS → ON; THU-AUG.24.2023 /LAST NIGH
OF (TRANSPIRED) OCCURRED, etc ...) (WHILE THE/ANY/ OF (INCLUDING SUCH NATURE (s,
BETWEEN; 8:20PM (AND/+) 8:40PM ROUGH NOTES SHALL BE (AS ALSO PREVIOUSLY(s) HAVING BEE...
{INCLUDING; SUCH NATURE (s, D) INTO: CLEARS, LEGIBLES, INDIVIDUAL...
ADDRESSED, STATED, etc... AS; FOR WOULD
INTO: CLEARS, LEGIBLES, INDIVIDUAL... etc...; LIKE(s) LEGIBLE; etc... MADE -

{ I IN PHOTO COPY/AS THE }

(PAGE 2 OF 6)

(II) → THE TWO(2) / TWO(2), BUSINESS CARDS, OF THE (AND AS) TO THE; THREE(3); NYPD {NYC PD (TO BE)} POLICE OFFICERS OF; THE; CONCERNINGS, REGARD(ING)S, ETC... THE; STATE), ETC... REGARD. TO, ETC... THROUGH ETC... THE INCIDENTS OF THE "ENTITIES."...

AUG. 25. 2023 {BETWEEN; 8:20 PM (AND/+) 8:40 PM} OF; FOR, TO, ETC...

THE SAID THREE(3) OFFICERS OF AS: (i) → MADAM, OFFICER, VELAZQUEZ {{
OF 5TH PRECINCT → BETWEEN; 11:06 PM (AND) 11:10 PM [AT LEAST]
ALONG WITH = THE SAID THU-AUG. 24(24). 2023

(ii) → MR, OFFICER. RAMIREZ / SHIELD # 9139/ ACCOMPANIE(S) WITH [OR] BY [AS]
MADAM, OFFICER, VELAZQUEZ / AND AS OF 5TH PRECINCT) {1ST PRECINCT}

(iii) → MR, OFFICER. HARRINGTON (iv) → MR, OFFICER. LOPEZ {1ST PRECINCT} →
SHIELD # 22527 11:14 PM (AND/+) 11:26 PM (AND/+) → THU-AUG. 24. 2023
OF (BETWEEN; ___ , ___
TIME DATE
↓
ARRIVAL(S)
ARRIVING(S)

AS (AND) WHILE A /THE PASSERBY {DOG WALKING PEDESTRIAN
GENTLEMAN (GOOD SAMARITAN), ETC... {BUT OF MANY (AND) ANY WHO (AND/OR/AS) WITH
DISREGARDED, OUR POLITE VERBAL APPROACHES OF THROUGH THE "ENTITIES."
OF "AL MOSWIR"(S) OF THE "Ø OF GPP U.S.A-INC. Ø("'S) OF THE KNOWN, ETC...
ESTABLISHED, ETC... SO AS: DISREGARDED, IGNORED, ETC... OF, THE (OUR, ETC...
SUCH SAID APPROACHES {MANY (AND) FOR UNTIL : ERIN {OF; ___ , ___
OF SO OF AS BEGINNING WITH; 8:45 PM / THU-AUG. 24. 2023 (PROBABLY(S)
SO AS DISREGARDED, IGNORED, INDIFFERENTED THE APPROACHES
FOR THEM TO MAKE THE /AN → EMERGENCY !!! → 911 !!! → PHONE CALL
IN REGARDS TO A /THE /AN CRIME, INCIDENT, ETC... HAVING; TAKEN PLACE /—
OCCURED, TRANSPIRED, ETC... !!! THROUGH BESIDES A COUPLE WHO SAID (WHILE
STOPPED (AND) WAITING AS THEY WERE WAITING BEHIND THE PEDESTRIAN TRAFFIC
RED LIGHT / COMPLETELY / COMPLETE STOP AS THE NORTH STREET OR AS TO CONTINUE ON BROADWAY)
SO AS WHICH THEY CRISS OVER SAID THEY HAVE TO LEAVE BUT THEY WOULD CALL 911 AS WELL
BESIDES A LADY {(WHO ALSO STOPPED (AND) SAID SHE DOES NOT HAVE HER
PHONE # (WHO WAS LIVING/LIVED/RESIDES) CLOSE BY {WHICH WAS NOT BUT PROBABLY WITHIN 10 (TEN) /—
PHONE WITH HER- BUT (AND)AS SHE WOULD CALL ONCE SHE WOULD GET HOME AS
SHE (WAS LIVING/LIVED/RESIDES) CLOSE BY {WHICH WAS NOT BUT PROBABLY WITHIN 10 (TEN) /—
MINUTES [OR] LESS OF PRIOR TO. THE (OUR, FLAGGING DOWN (AND) GOING TO THE /—
WALKING TO THE SAID NYPD CRUISER VEHICLE (5TH PRECINCT) OF, WHILE STOPPED BEHIND THE
RED LIGHT LIGHT (BROADWAY + NORTH STREET)

(III) → WHILE, FOR (AND) AS THEIR REFERENCES, OF, IN WITH, THROUGH: STATEMENT(S) OF
WITHIN, AT, IN THE; HEREIN, BY, THROUGH. (NOT ATTACHED) OF; AS, FOR, WHILE, THROUGH, WITH,
PERPETRATOR, OF, TO, ETC... THE; TWO(2) EVIDENTIARY MATERIAL ITEMS (OF, FOR, FINGER PRINTS OF THE-
EVIDENTIARY; 8:20 PM + 8:40 PM (WHILE, AS, FOR, OF, ETC... THE; LAST LIGHT/THU-AUG. 24. 2023)
UPON → (GO TO NEXT PAGE) AS AS: SCHEDULED TO BE HONED... THE SUCH REFERRED TO AS HUMAN →
→ GO TO NEXT PAGE

(PAGE 3 OF 6)

[{so as SCHEDULED) to BE HANDED OVER INTO THE
NYPD (s) [CURRENTLY(s)] / NYC PD {(TO BE)}: 1st PRECINCT]]

CI.PON, ALONG WITH / CI.PON (AND/OR/AS) ALONG WITH / NOT CI.PON (AND/OR/AS)
NOT ALONG WITH; THE {(BY,THROUGH) THE ENTITIES OF:
[AND AS] — ("STAB/MINS (TRAINS/STAFF,
(BY/THROUGH) THE ENTITIES OF — '/(ADMINISTRATINES/STAFF)

"☐O IGPP U.S.A. INC. O☐ "(s) [AND AS]
— ADMINISTRATING(s) — ["☐O IGPP U.S.A. INC. O☐ "OF THE SAID —
AS HAVING (BEEN)]

OF SO AS FOR; IAS, (WHILE; SAID, ADDRESSE), STATE☐, ETC—;
OF SO AS FOR; CI.PON (AND) ALONG WITH [OR] NOT CI.PON (AND)—

NOT ALONG WITH, THE; THE: LEGAL DOCUMENT OF THE: LOST (AND) FOUND
FORM, ETC— OF WHICH HAS BEEN MADE STATEMENTS OF AS ON THE —
SUCH FORM (AND) THROUGH SUCH FORM OF SO AS FOR SUCH AS SAID
AS MADE STATEMENTS OF BY,THROUGH,ETC... "THE: "☐O IGPP U.S.A. INC.O☐ "(s)
(AND AS) "AL MOSHIR " OF "THE "☐O IGPP U.S.A. INC. O☐ "(s) [AND AS]
SO OF THE SUCH MADE STATEMENTS AS FOR (BETWEEN; 11:14 P.M + 11:26 P.M
ETC—THU — AUG.24.2023) OF THE AND (AND)
DURATION OF THE TWO (2) NYPD OFFICERS OF THE SAID ADDRESS(s)—
(AND/+) MR. LOPEZ
FOR THE RECEIVING(s) (THROUGH THE INTERACTIONS OF WITH MR.) OFFICER.LOPEZ
BACK INTO THE (POSSESSIONS) OF FOR THE SUCH FORM

(ASSo...
OF (AND) THROUGH
THE SAID;
"☐O IGPP U.S.A. INC. O☐ "
(AND/+)
AL MOSHIR OF THE —
"☐O IGPP U.S.A. INC. O☐ "(s)

MR. LOPEZ (DINDUs)
AND
MR. HARRINGTON (HR/DRUGS)
OF (S.MILE AND...)
OFFICER. HARRINGTON; MR./
PERSON HARRINGTON
OF MR. LOPEZ
+
NYPD, ETC—
NYC, ETC...
NYS, ETC...
C.U.S.A., ETC...

CI.PON "AL MOSHIR" STATING, ADDRESSING, REMINDING THAT THE CO.(s)
SO OF THE FORM IS ALSO WHAT WE NEED:
OF THE; LOPEZ + HARRINGTON SAID (ALONG WITH SAID TWO (2) OFFICERS
WILL BE/WOULD BE AVAILABLE BY TWO (2) DAYS AND THEN SO AS THE
SUCH SAID; ENTITIES OF "AL MOSHIR "" ASKED IF :BY/ON SUNDAY WOULD —
THEN BE READY FOR PICK UP!? AND AS THEY; SAID. RESPONDED; YES!
YET; → HEREIN; SO (AND) THEREFORE, AS THE SUCH,REPEATED TO, ETC...
*(F,WITH,AT,WITHIN,TWO(2), ITEMS OF EVIDENTIARY IN MATERIALS,
FURTHER YET OF AS/ABOVE HERE IN HERE THROUGH ABOVE FOR. DOCUMENTS,
(RECORDS), WHILE; SO (AND) THEREFORE AS; THE SUCH (2) (TWO) EVIDENTIARY—
ITEMS SHALL BE BE PROVIDED TO THE 1ST PRECINCT (HOPEFULLY)(s (NOT LATER THAN—
THE MENTIONE), ETC—; SUN—AUG.27.2023) OF: LOOK (GOING) FORWARD TO!

HEREIN—:
IN FOR ANY PARTS/
SO FAR:

(PAGE 4 OF 6)

(IV) → THE {WHILE/ALSO WHILE/WHILE ALSO/AS} SO THE:
IN THE PHOTOCOPY(S)
TWO(2):-

ITEMS (AND/OR/AS) ITEMS OF/ALONG WITH/THE (OR) THEIR: ATTACHMENT(S)/-
REFERENCE(S), ETC... OF, FOR, ETC...: PUBLIC'S CONTRIBUTIONS IN THEIR
DONATIONS OF AS TO THE "☐O IGPP U.S.A. INC. O☐ "'S

AMERICAN                    AMERICAN
CUBE'S                       CUBE'S
FLAG ICON                    FLAG

FUND RAISING CAMPAIGN(S) {YET WHILE, TO/BE: EXPANDED, ETC... ]
[OF, WITH, THROUGH; INCLUDING ; GO FUND ME                     /WHILE/YET
(SHOULD BE )

HEREIN HAVING BEEN/: DISCLOSED, ETC... (WITH) THE COPY RIGHTS LAWS, ETC...,ETC... (THAT'S
SO TO BE MADE, ETC... — THE TITLE/ETC... OF THE: " GO FUND) IT INC. "
UNDER, WITH, AT, ETC...— THE TITLE/ETC... OF THE: " GO FUND) IT INC. "
AVAILABLE, AS (AND) OF, TO THE: GLOBAL POPULATIONS (AND/AS/+)-
RIGHTS, S O, OF, WITH, AS, THROUGH, ETC...
IN: PLATFORM, OFFICIAL WEBS, OF, WITH, THROUGH ETC... HEREIN: FILED, ETC... OF AS
ETC..., ETC...,
(ITS OWN(S))
TO BE (AND) HAVE BEEN; YET (AND/OR/AS) WELL; INTO, FOR, WITH, THROUGH, AS, ETC...;
THE: FILINGS; OF, WITH, THROUGH, WITHIN, AT, ETC...; "☐O IGPP U.S.A. INC. "('S)
OF (AND) FOR (AND) AS
THE: MOTHER CORPORATION /MOTHER COMPANY
AS SAID OF:
AS THE MOTHER CORPORATION IN WITH, THE:" GO FUND) IT INC. "
OF, IN, THROUGH, WITH, ETC...
"☐O IGPP U.S.A. INC. O☐ "('S)

INCLUDING: ANY OF THE BEING LISTED OR NOT FOR, AS: NOT HAVING BEEN (UNTIL HAVING BEEN) OF AND, FOR, ETC...; /THEIR:
DISCLOSURES:
OF, FOR, WHILE, AS; ITS OWN(S) AS OF THE:" GO FUND) IT INC. "
AS : ADDRESSED, DESCRIBED, EXPLAINED, [XYZ)], ETC...
DURING; AMERICAN LEGAL SERVICES INC.,
[+] O☐ IGPP U.S.A. INC. O☐
BE/AS, THROUGHOUT, THE CANADA DURATION OF
BEGINNING WITH IN OF
2018 (DOC DATE):

PAGE 5 of 6

WHILE (AND) YET; AS; HEREIN, HEREBY (AND) –
HERE–THROUGH

'S ALSO DISCLOSED, ETC... FOR THE:

"AMERICAN CONSULTATION SERVICES INC."

123–12 JAMAICA AVENUE
SUITE #: 1070

RICHMOND HILL, NEW YORK, 11418, U.S.A.

OF, AS, FOR, WITH
"THE SAME ADDRESS OF, AS, FOR THE: –

"GO FUND IT IN C."

OF AS TO THE: –

123–12 JAMAICA AVENUE
SUITE #: 1070

RICHMOND HILL, NEW YORK, 11418, U.S.A.

[WHILE (AND) AS OF THE SUCH CONCERNING RELATED
ABOVE ADDRESSED ADDRESS(ES)

OF, IN, FOR, AS, ETC... : CORPORATE MAILING ADDRESS(ES)
ONLY [AND] STRICTLY

!

UNTIL ANY [FURTHER] NOTICE(S)
OF, WITH, TO
OTHER THAN SUCH ABOVE STATED, MENTIONED
MAILING ADDRESS(ES) OF THEREFORE
INTO, OF, FOR, ETC...
OTHER THAN ONLY (AND/OR/AS) STRICTLY
BUT ANY SHOULD BECOME NECESSARY FOR
PHYSICAL/GEOGRAPHICAL LOCATIONS FOR DIRECTLY(S) OF, WITH, FOR
PUBLICS TO INTERACT WITH, ET, SO/SO OF, BESIDES, THE, ANY...
SHALL BE/SHOULD BE; ELECTRONIC...
BASED ONE(S)...



① ANY (+/AND) ALL; THAT, AS; SHOULD/SHALL;-

(BE; BEYOND) THIS POINT OF/BE(ON) THE POINT OF;

THE (AND/OR/AS) SUCH; HERE/N's OF DATE(S) OF, IN, AS, WITH, THROUGH,-
ETC...; FRI-AUG.25.2023-6:00 AM [OF, FOR, IN, THROUGH, AS, ETC...;-
ATTACHMENT(S)]].

# ④→ ANY (+/AND) ALL OF, FOR; HERE; IN, BY, THROUGH; NOT;-
STATED, ADDRESSED, REFERRED TO ETC...
SHOULD BE {WHILE, AS (AND) FOR, WITH, THROUGH,
ETC...; ATTACHMENT(S) OF, IN, AS, THROUGH, ETC...; THE; AS; OF
THE; AL/ALI, MOSHIR (AND/OR/AS) ALI/AL, MOSHIR
AS WELL AS
ANY ENTITY(S) OF; FOR; ASSOCIATED) AFFILIATE(J)
ETC...; (LEGAL/IES);

OF, AS, WITH/OF AS WITH
THE ABOVE

STATED, ADDRESSED, INVOKED, MENTION(ED)
REFERRED TO, ETC...;

ENTITIES OF; AL MOSHIR [AND/OR/AS] ALI, MOSHIR [AND/OR/AS]-

AL MOSHIR

OF SO AS IN ATTACHMENTS WITHIN, THROUGH
THE, THESE.
ONES OF THE DATE(S) OF THE; FRI-AUG.25.2023.
OF SO AS IN THE, ANY ATTACHMENTS 6:00 AM
!!
FRI-AUG.25.2023, 4:06 PM + 4:11 PM
ICPP U.S.A. INC.
MOSHIR, AV

WELL WISHINGS,
RESPECTS,
REGARDS,"
BESTS.