UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AL MOSHIR,<br><br>         Plaintiff,<br><br>    -against-<br><br>THE RELATED INVOLVING AS PERPETRATORS OF MENTIONS ADDRESSED THROUGH THE TWO (2) APP U.S.A. INC., et al.,<br><br>         Defendants. | 23-CV-7641 (LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the September 29, 2023, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated: September 29, 2023
     New York, New York

                    /s/ Laura Taylor Swain
                    LAURA TAYLOR SWAIN
                Chief United States District Judge